

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>    COMPRECARE, INC.<br><br><br><br><br>Debtor (s) | Bk. No. SV81-09520-GM<br><br>ORDER DENYING REQUEST FOR<br>RELEASE OF UNCLAIMED FUNDS<br>(28 U.S.C. Section 2042,<br>Bankruptcy Rule 9013,<br>Bankruptcy Local Rule 3011-1) |

On July 26, 2002 DIVERSIFIED PROFESSIONAL MEDICAL GROUP, INC. filed a request for release of unclaimed funds pursuant to 28 U.S.C. Section 2042. The request is denied for the following reason (s):

_____ 1. A request for an order must be made by written motion according to Bankruptcy Rule 9013. Contact Financial Services at (213) 894-6866 to obtain the appropriate form.

_____ 2. Motion practice in the United States Bankruptcy Court for the Central District of California is controlled by Local Bankruptcy Rule 3011-1 as promulgated by the United States District Court for the Central District of California. The request does not comply with either Bankruptcy Rule 9013 or Local Bankruptcy Rule 3011-1.

  X   3. Part # __5__ of the motion has not been completed-not dated & no proof of service provided..

_____ 4. It appears that a copy of the motion was not sent to the claimant.

__X__    5.    An original power of attorney was not submitted.

_____    6.    The name of the claimant listed on the trustee's report is not the same as shown on the motion. No explanation of the difference is provided.

_____    7.    The address of the claimant listed on the trustee's report is not the same as shown on the motion and the difference is not explained.

__X__    8.    The motion does not list the trustee in the case as having been noticed.

_____    9.    There are no supporting documents showing the claimant to be the successor-in-interest to the funds claimed.

__X__    10.    The corporate seal is not stamped on the power of attorney.

_____    11.    The name on the corporate seal does not match the name listed on the claim.

__X__    12.    There is no resolution with seal that verifies the person signing the motion /power of attorney is authorized to sign on behalf of the creditor.

_____    13.    The supporting documentation that is provided are not certified copies.

__X__    14.    Fund locator submitting this claim has failed to register with this court.

_____    15.    Other:

_____     __7/30/02__
United States Bankruptcy Judge                 Date

JUST - REV. 04/00